### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **RANDALL GARCIA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 1:24-CV-01570 |
| | § | |
| **WATERLOO MEDIA GROUP, L.P.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE COURT:

NOW COMES Defendant Waterloo Media Group, L.P. ("Defendant"), and files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment, and in support thereof states the following:

1. The current deadline for Defendant to file its Response to Plaintiff's Motion for Summary Judgment is November 17, 2025. This matter is set for Jury Trial for March 23, 2026.

2. Defendant therefore requests this Honorable Court for an extension of time to file its Response to Plaintiff's Motion for Summary Judgment up to and including, December 1, 2025.

3. This Motion is not for the purpose of delay or harassment.

4. The parties have conferred in good faith with respect to this matter, and Plaintiff's counsel is unopposed to the requested relief.

Respectfully submitted,

*/s/ Yanice Colon-Pol*
**YANICE COLON-POL**
State Bar No. 24104276
**MEADERS & ALFARO**
Two Riverway, Suite 845
Houston, Texas 77056
Telephone:  (713) 403-3138
Fax:  (855) 602-8224
Email: Yanice.ColonPol@meaderslaw.com

**ATTORNEYS FOR DEFENDANT**
**WATERLOO MEDIA GROUP, L.P.**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on 12 November 2025, counsel for Defendant conferred with counsel for Plaintiff regarding the relief sought in this Motion. Plaintiff's counsel agreed to the relief requested in this Motion.

*/s/ Yanice Colon-Pol*
**YANICE COLON-POL**

## **CERTIFICATE OF SERVICE**

   This is to certify that a true and correct copy of the above and foregoing document has been served upon the individual named below on the 12th day of November 2025, via CM/ECF/email and in accordance with the Federal Rules of Civil Procedure:

 Matthew "Maff" Caponi
 Austin Kaplan
 KAPLAN LAW FIRM, PLLC
 2901 Bee Cave Rd., Suite G
 Austin, Texas 78746
 E-mail: mcaponi@kaplanlawatx.com
    akaplan@kaplanlawatx.com
 *Counsel for Plaintiff*

            */s/ Yanice Colon-Pol*
            **YANICE COLON-POL**