**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **RANDALL GARCIA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 1:24-CV-01570 |
| § | |
| **WATERLOO MEDIA GROUP, L.P.,** § | |
| § | |
| **Defendant.** § | |
| § | |

**DEFENDANT'S ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The Court, after considering Defendant Waterloo Media Group, L.P.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment, hereby GRANTS the Motion. It is, therefore,

ORDERED, ADJUDGED, AND DECREED that Defendant Waterloo Media Group, L.P's Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment is GRANTED. It is, further,

ORDERED, ADJUDGED, AND DECREED that Defendant, Waterloo Media Group, L.P's request for the deadline to respond to Plaintiff's Motion to Summary Judgement to be extended up to and including December 1, 2025, is GRANTED.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE